KRISTY WILCOX ET AL. *v.* DANIEL S. SCHWARTZ ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 119 Conn. App. 808 (AC 30682), is granted, limited to the following issue:

---

* The appeal was withdrawn November 18, 2010.

"Did the Appellate Court properly reverse the trial court's dismissal of the present case for failure to comply with the 'detailed basis' requirement of General Statutes § 52-190a (a)?"

The Supreme Court docket number is SC 18607.

*Frank H. Santoro* and *Jonathan A. Kocienda,* in support of the petition.

*Steven J. Errante* and *Marisa A. Bellair,* in opposition.

Decided May 5, 2010